IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **ANDERSON MANUFACTURING AM-15 Receiver/Frame CAL:Multi SN:22113701, et al.**, <br><br> Defendants. | Case No. 23-03199-CV-S-MDH |

### ORDER OF DEFAULT JUDGMENT OF FORFEITURE

Plaintiff, United States of America, has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of a final judgment by default. Plaintiff has shown that there was reasonable cause for seizure of the defendant properties, that a complaint for forfeiture was filed, that all known potential claimants were served with process, and that any and all other claimants have been served by publication. However, no potential claimant has filed a timely claim to the defendant properties. Therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED:

(1) that a default judgment of forfeiture is hereby entered against the following defendant properties:

   a. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113701;

   b. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113702;

   c. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113703;

   d. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113704;

e. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113705;

f. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113706;

g. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113707;

h. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113716;

i. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113718;

j. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113719;

k. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113724;

l. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113730;

m. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113733;

n. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113734;

o. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114402;

p. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114403;

q. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114404;

r. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114405;

s. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114412;

t. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114413;

u. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114414;

v. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114421;

w. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114422;

x. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114424;

y. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114431;

z. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114432;

aa. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114433;

bb. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114434;

cc. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114441;

dd. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114442;

ee. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114443;

ff. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22114444;

gg. Aero Precision M5 Receiver/Frame CAL: Multi SN:US273817;

hh. Aero Precision M5 Receiver/Frame CAL: Multi SN:US273818;

ii. Aero Precision M5 Receiver/Frame CAL: Multi SN:US273819;

jj. Aero Precision M5 Receiver/Frame CAL: Multi SN:US273821;

kk. Aero Precision M5 Receiver/Frame CAL: Multi SN:US273822;

ll. Aero Precision M5 Receiver/Frame CAL: Multi SN:US273823;

mm. Aero Precision M5 Receiver/Frame CAL: Multi SN:US273824;

nn. Aero Precision M5 Receiver/Frame CAL: Multi SN:US273826;

oo. Aero Precision M5 Receiver/Frame CAL: Multi SN:US273827;

pp. Aero Precision M5 Receiver/Frame CAL: Multi SN:US273828; and

qq. Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN:22113714;

(2) that all persons claiming any right, title, or interest in or to the defendant properties are held in default;

(3) that all claims and interests in the defendant properties are forever foreclosed and barred;

3

(4) that the defendant properties are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d);

(5) that the defendant properties shall be disposed of according to law; and

(6) that the Clerk of the Court shall enter a judgment consistent with this Order.

**IT IS SO ORDERED**.

DATED: October 30, 2023                    */s/ Douglas Harpool*
                                           **DOUGLAS HARPOOL**
                                           **UNITED STATES DISTRICT JUDGE**